UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

# 12-20767 CR-DIMITROULEAS



18 U.S.C. § 371
18 U.S.C. § 641
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 981(a)(1)(C)

MAGISTRATE JUDGE
SNOW
Sealed

UNITED STATES OF AMERICA

    vs.

DOUGLAS MICHAEL YOUNG,
    a/k/a "Douglas Pierre,"
NICOLE YOUNG,
    a/k/a "Nicole Pierre,"
    a/k/a "Nicole Pierre Smith,"
JEFFREY ANDRE YOUNG, JR.,
ERNEST V. CHARLES,
JOSEPH BSHARA, and
SIHAM BENABDALLAH,

        Defendants.
_____/

FILED by _____ D.C.

OCT 5 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Conspiracy to Steal Government Property
### (18 U.S.C. § 371)

From in or around April 28, 2011, the exact date being unknown to the Grand Jury, and

continuing through on or about June 23, 2012, in Miami-Dade County, in the Southern District of

Florida, and elsewhere, the defendants,

DOUGLAS MICHAEL YOUNG,
a/k/a "Douglas Pierre,"
NICOLE YOUNG,
a/k/a "Nicole Pierre,"
a/k/a "Nicole Pierre Smith,"
JEFFREY ANDRE YOUNG, JR.,
ERNEST V. CHARLES,
JOSEPH BSHARA, and

**SIHAM BENABDALLAH,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, namely, knowingly receiving, concealing, and retaining, with the intent to convert to their own use and gain, a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, United States Department of Treasury tax refunds issued by the Internal Revenue Service, knowing the tax refunds to have been embezzled, stolen, purloined and converted, in violation of Title 18, United States Code, Section 641.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose and object of the conspiracy included, among others, the following:

1.   **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** owned tax preparation businesses.

2.   **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** obtained personal identity information of unknowing victims.

3.   **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** filed fraudulent 1040 Forms using the personal identity information of unknowing victims with the Internal Revenue Service through their tax preparation businesses for the purpose of obtaining Internal Revenue Service tax refunds.

4.   **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** took from the tax returns exorbitant fees for the preparation of the fraudulent 1040 Forms using the personal identity information of unknowing victims that they filed with the Internal Revenue Service.

5.   **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** directed their exorbitant fees be sent into bank accounts that they controlled.

6.     After subtracting their exorbitant fees for filing the fraudulent 1040 Forms using the personal identity information of unknowing victims with the Internal Revenue Service, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** printed checks in the victims' names for the remainder of the tax refund amount.

7.     **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** gave **JEFFREY ANDRE YOUNG, JR.** and **ERNEST V. CHARLES** the checks in the victims' names for the remainder of the tax refund amount to be cashed or deposited into bank accounts.

8.     **ERNEST V. CHARLES** cashed the checks or deposited them into bank accounts that they controlled and withdrew the funds that had been deposited.

9.     **JEFFREY ANDRE YOUNG** gave the checks in the victims' names for the remainder of the tax refund amounts that he received from **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** to **JOSEPH BSHARA** and **SIHAM BENABDALLAH,** who cashed the checks or deposited them into bank accounts that they controlled and withdrew the funds that had been deposited.

10.     In total, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** filed fraudulent 1040 Forms claiming a total of $1,207,389.00 in Internal Revenue Service tax refunds using the personal identity information of unknowing victims and the Internal Revenue Service paid out $930,157.00 based on the fraudulently filed 1040 Forms.

## OBJECT AND PURPOSE OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unjustly enrich themselves by obtaining United States Department of Treasury tax refunds to which they were not entitled.

## OVERT ACTS

1.     On or about April 28, 2011, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** incorporated Young Professional Service, Inc., a tax preparation company.

2.     On or about May 18, 2011, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** opened a bank account at JP Morgan Chase Bank, N.A. in the name of Young Professional Services, Inc.

3.     On or about August 8, 2011, **NICOLE YOUNG** received a Preparer Tax Identification Number in order to file tax returns.

4.     On or about November 1, 2011, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** opened Supreme Tax, a tax preparation company.

5.     On or about November 11, 2011, **DOUGLAS MICHAEL YOUNG** received a Preparer Tax Identification Number in order to file tax returns.

6.     On or about November 18, 2011, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** applied for status as an Electronic Return Originator with New Capital Bank.

7.     On or about January 19, 2012, **ERNEST V. CHARLES** opened a bank account with Regions Bank N.A.

8.     On or about February 3, 2012, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** filed or caused to be filed a fraudulent 1040 Form in the name of "P.F." with the Internal Revenue Service through Supreme Tax for the purpose of obtaining an Internal Revenue Service tax refund and fee for filing the fraudulent tax return.

9.     On or about February 3, 2012, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** as per an agreement with New Capital Bank, directed New Capital Bank to deposit Supreme Tax's fees for filing a fraudulent 1040 Form in the name of "P.F." with the Internal

Revenue Service into Young Professional Services Inc.'s JP Morgan Chase Bank N.A. account, which they controlled.

10.     On or about February 4, 2012, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** filed or caused to be filed a fraudulent 1040 Form in the name of "C.C." with the Internal Revenue Service through Supreme Tax for the purpose of obtaining an Internal Revenue Service tax refund and fee for filing the fraudulent tax return.

11.     On or about February 4, 2012, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** as per an agreement with New Capital Bank, directed New Capital Bank to deposit Supreme Tax's fees for filing a fraudulent 1040 Form in the name of "C.C." with the Internal Revenue Service into Young Professional Services Inc.'s JP Morgan Chase Bank N.A. account, which they controlled.

12.     On or about February 7, 2012, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** filed or caused to be filed a fraudulent 1040 Form in the name of "S.B." with the Internal Revenue Service through Supreme Tax for the purpose of obtaining an Internal Revenue Service tax refund and fee for filing the fraudulent tax return.

13.     On or about February 7, 2012, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** as per an agreement with New Capital Bank, directed New Capital Bank to deposit Supreme Tax's fees for filing a fraudulent 1040 Form in the name of "S.B." with the Internal Revenue Service into Young Professional Services Inc.'s JP Morgan Chase Bank N.A. account, which they controlled.

14.     On or about February 23, 2012, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** printed New Capital Bank checks in the names of the tax filers, "C.C.," "S.B.," and "P.F.," listed on the fraudulent 1040 Forms that they had filed with the Internal Revenue Service in the amount of the fraudulent tax refunds filed for, minus the fees charged by Supreme Tax.

15.     On or about February 23, 2012, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** directed **ERNEST V. CHARLES** to deposit into bank accounts or cash New Capital Bank checks in the names of tax filers "P.F.," "C.C.," and "S.B.," issued due to the fraudulent 1040 Forms that they filed with the Internal Revenue Service.

16.     On or about March 29, 2012, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** filed or caused to be filed a fraudulent 1040 Form in the name of "W.W." with the Internal Revenue Service through Supreme Tax for the purpose of obtaining an Internal Revenue Service tax refund and fee for filing the fraudulent tax return.

17.     On or about March 29, 2012, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** as per an agreement with New Capital Bank, directed New Capital Bank to deposit Supreme Tax's fees for filing a fraudulent 1040 Form in the name of "W.W." with the Internal Revenue Service into Young Professional Services Inc.'s JP Morgan Chase Bank N.A. account, which they controlled.

18.     On or about April 11, 2012, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** printed a New Capital Bank check in the names of tax filer "W.W." listed on the fraudulent 1040 Form that they had filed with the Internal Revenue Service in the amount of the fraudulent tax refund filed for, minus the fees charged by Supreme Tax.

19.     On or about April 11, 2012, **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** directed **JEFFREY ANDRE YOUNG, JR.**, to deposit into a bank account or cash a New Capital Bank check in the name of tax filer "W.W.," issued due to the fraudulent 1040 Form that they filed with the Internal Revenue Service.

20.     On or about April 11, 2012, **JEFFREY ANDRE YOUNG, JR.** delivered a New Capital Bank check in the names of the tax filer "W.W." listed on the fraudulent 1040 Form that

**DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** filed with the Internal Revenue Service, to **JOSEPH BSHARA** and **SIHAM BENABDALLAH**.

21.     On or about April 11, 2012, **JOSEPH BSHARA** and **SIHAM BENABDALLAH** deposited a New Capital Bank check in the names of tax filer "W.W." listed on the fraudulent 1040 Form that they received from **JEFFREY ANDRE YOUNG, JR.** into Bena Place Corp.'s bank account at Bank of America and withdrew the amount of the checks in cash.

22.     On or about May 18, 2012, **ERNEST V. CHARLES** deposited into his Regions Bank account New Capital Bank checks in the names of the tax filers, "C.C.," "S.B.," and "P.F.," listed on the fraudulent 1040 Forms that **DOUGLAS MICHAEL YOUNG** and **NICOLE YOUNG** filed with the Internal Revenue Service, in the amount of the fraudulent tax refunds obtained, minus the fees charged by Supreme Tax.

All in violation of Title 18, United States Code, Section 371.

**COUNTS 2-3**
**Theft of Public Money**
**(18 U.S.C. § 641)**

On or about February 23, 2012, in the tax refund amounts set forth in each count below, in Miami-Dade County, in the Southern District of Florida, the defendants,

**DOUGLAS MICHAEL YOUNG,**
**a/k/a "Douglas Pierre," and**
**ERNEST V. CHARLES,**

did knowingly receive, conceal, and retain, with the intent to convert to their own use and gain, a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, United States Department of Treasury tax refunds issued by the Internal Revenue Service, knowing the tax refunds to have been embezzled, stolen, purloined and converted:

| Count | Tax Refund Amount |
|-------|-------------------|
| 2     | $1,891.00         |
| 3     | $1,465.00         |

In violation of Title 18, United States Code, Sections 641 and 2.

### COUNTS 4-5
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about February 23, 2012, in Miami-Dade County, in the Southern District of Florida, the defendants,

**DOUGLAS MICHAEL YOUNG,**
**a/k/a "Douglas Pierre," and**
**ERNEST V. CHARLES,**

during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, knowingly receiving, concealing, and retaining, with the intent to convert to their own use and gain, a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, United States Department of Treasury tax refunds issued by the Internal Revenue Service, knowing the refunds to have been embezzled, stolen, purloined and converted, as set forth above in Counts 2 and 3, respectively, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each Count below:

| Count | Means of Identification |
|-------|-------------------------|
| 4     | Name and Social Security Number of "C.C." |
| 5     | Name and Social Security Number of "P.F." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 6
### Theft of Public Money
### (18 U.S.C. § 641)

On or about February 23, 2012, in Miami-Dade County, in the Southern District of Florida, the defendants,

### NICOLE YOUNG,
### a/k/a "Nicole Pierre,"
### a/k/a "Nicole Pierre Smith," and
### ERNEST V. CHARLES,

did knowingly receive, conceal, and retain, with the intent to convert to their own use and gain, a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Department of Treasury tax refund, in the amount of $1,151.00, issued by the Internal Revenue Service, knowing the tax refund to have been embezzled, stolen, purloined and converted, in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 7
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about February 23, 2012, in Miami-Dade County, in the Southern District of Florida, the defendants,

### NICOLE YOUNG,
### a/k/a "Nicole Pierre,"
### a/k/a "Nicole Pierre Smith," and
### ERNEST V. CHARLES,

during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, knowingly receiving, concealing, and retaining, with the intent to convert to their own use and gain, a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Department of Treasury tax refund issued by the Internal Revenue Service, knowing the refund to have been embezzled, stolen, purloined and converted, as set forth above in Count 6, did knowingly transfer, possess, and use, without lawful

authority, the means of identification of another person, namely, "S.B."'s name and social security

number, XXX-XX-2925, in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 8
### Theft of Public Money
### (18 U.S.C. § 641)

On or about April 11, 2012, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**NICOLE YOUNG,**
**a/k/a "Nicole Pierre,"**
**a/k/a "Nicole Pierre Smith,"**
**JEFFREY ANDRE YOUNG, JR.,**
**JOSEPH BSHARA, and**
**SIHAM BENABDALLAH,**

did receive, conceal, and retain, with the intent to convert to their own use and gain, a thing of value

of the United States and of a department and agency thereof, the aggregate amount of which

exceeded $1,000, that is, a United States Department of Treasury tax refund, in the amount of

$1,198.00, issued by the Internal Revenue Service, knowing the tax refund to have been embezzled,

stolen, purloined and converted, in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 9
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about April 11, 2012, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**NICOLE YOUNG,**
**a/k/a "Nicole Pierre,"**
**a/k/a "Nicole Pierre Smith,"**
**JEFFREY ANDRE YOUNG, JR.,**
**JOSEPH BSHARA, and**
**SIHAM BENABDALLAH,**

during and in relation to a felony violation of Title 18, United States Code, Section 641, that is,

receiving, concealing, and retaining, with the intent to convert to their own use and gain, a thing of

value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Department of Treasury tax refund issued by the Internal Revenue Service, knowing the refunds to have been embezzled, stolen, purloined and converted, as set forth above in Count 8, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, namely, "W.W."'s name and social security number, XXX-XX-3366,  in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATION

1.     The allegations in Counts 1, 2, 3, 6, and 8 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **DOUGLAS MICHAEL YOUNG, a/k/a "Douglas Pierre," NICOLE YOUNG, a/k/a "Nicole Pierre," a/k/a "Nicole Pierre Smith," JEFFREY ANDRE YOUNG, JR., ERNEST V. CHARLES, JOSEPH BSHARA,** and **SIHAM BENABDALLAH,** have an interest.

2.     Upon conviction of any violation of Title 18, United States Code, Sections 371 and 641, as alleged in Counts 1, 2, 3, 6, and 8 of this Indictment, **DOUGLAS MICHAEL YOUNG, a/k/a "Douglas Pierre," NICOLE YOUNG, a/k/a "Nicole Pierre," a/k/a "Nicole Pierre Smith," JEFFREY ANDRE YOUNG, JR., ERNEST V. CHARLES, JOSEPH BSHARA,** and **SIHAM BENABDALLAH** shall forfeit to the United States all of their rights, title and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, which the United States will seek as a forfeiture money judgment against each defendant jointly and severally as part of their respective sentence.   The property subject to forfeiture includes, but is not limited to, the following:

   a.  Tax preparation fees up to the amount of $49,205 held in escrow for Supreme Tax mail box number 04226 and EFIN 05911; and

11

b. The contents of Bank of America Account number 229040351422 in the name of Bena Place Corp.

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by reference by Title 18, United States Code, Section 982(b), if any of the forfeitable property, or any portion thereof, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred, or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek the forfeiture of other property of the defendant up to the value of the above-described forfeitable properties.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

CASE NO. _____

**DOUGLAS MICHAEL YOUNG,**
a/k/a Douglas Pierre,
**NICOLE YOUNG,**
a/k/a Nicole Pierre,
a/k/a Nicole Pierre Smith,
**JEFFREY ANDRE YOUNG, JR.,**
**ERNEST V. CHARLES,**
**JOSEPH BSHARA, and**
**SIHAM BENABDALLAH,**
_____ Defendants. /

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)      Yes _____  No ____
Number of New Defendants    _____
Total number of counts      _____

**Court Division:** (Select One)

| X | Miami | ___ | Key West |
| ___ | FTL | ___ | WPB | ___ | FTP |

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:      (Yes or No)      No
     List language and/or dialect     _____

4.   This case will take     8-10     days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                              (Check only one)

| I | 0 to 5 days | ___ | Petty | ___ |
| II | 6 to 10 days | X | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | X |
| V | 61 days and over | ___ | | |

6.   Has this case been previously filed in this District Court? (Yes or No)     No
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?     (Yes or No)     No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)     No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ___ Yes     X No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     ___ Yes     X No

_____
KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501535

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: DOUGLAS MICHAEL YOUNG, a/k/a "Douglas Pierre"**

**Case No:**_____

Count: 1

Conspiracy to Steal Public Money

Title 18, United States Code, Section 371

**\* Max. Penalty**: Five Years' Imprisonment

Counts: 2-3

Theft of Public Money

Title 18, United States Code, Section 641

**\* Max. Penalty**:  Ten Years' Imprisonment

Counts: 4-5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max. Penalty**: Two Years Imprisonment, Consecutive to Other Counts

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **NICOLE YOUNG, a/k/a "Nicole Pierre," a/k/a "Nicole Pierre Smith"**

**Case No**:_____

Count: 1

Conspiracy to Steal Public Money

Title 18, United States Code, Section 371

**\* Max. Penalty**: Five Years' Imprisonment

Counts: 6 and 8

Theft of Public Money

Title 18, United States Code, Section 641

**\* Max. Penalty**:  Ten Years' Imprisonment

Counts: 7 and 9

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max. Penalty**: Two Years Imprisonment, Consecutive to Other Counts

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **JEFFREY ANDRE YOUNG, JR.**

**Case No**:_____

Count: 1

Conspiracy to Steal Public Money

Title 18, United States Code, Section 371

**\* Max. Penalty**: Five Years' Imprisonment

Count:  8

Theft of Public Money

Title 18, United States Code, Section 641

**\* Max. Penalty**:  Ten Years' Imprisonment

Count:  9

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max. Penalty**: Two Years Imprisonment, Consecutive to Other Counts

Count:

**\* Max. Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **ERNEST V. CHARLES**

**Case No**:_____

Count: 1

Conspiracy to Steal Public Money

Title 18, United States Code, Section 371

**\* Max. Penalty**: Five Years' Imprisonment

Counts:  2, 3, and 6

Theft of Public Money

Title 18, United States Code, Section 641

**\* Max. Penalty**:  Ten Years' Imprisonment

Counts: 4, 5, and 7

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max. Penalty**: Two Years Imprisonment, Consecutive to Other Counts

Count:

_____

_____

**\* Max. Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **JOSEPH BSHARA**

**Case No**:_____

Count: 1

Conspiracy to Steal Public Money

Title 18, United States Code, Section 371

**\* Max. Penalty**: Five Years' Imprisonment

Count: 8

Theft of Public Money

Title 18, United States Code, Section 641

**\* Max. Penalty**: Ten Years' Imprisonment

Count: 9

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max. Penalty**: Two Years Imprisonment, Consecutive to Other Counts

Count:

_____

_____

**\* Max. Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **SIHAM BENABDALLAH**

**Case No:**_____

Count: 1

Conspiracy to Steal Public Money

Title 18, United States Code, Section 371

**\* Max. Penalty**: Five Years' Imprisonment

Count:  8

Theft of Public Money

Title 18, United States Code, Section 641

**\* Max. Penalty**:  Ten Years' Imprisonment

Count:  9

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max. Penalty**: Two Years Imprisonment, Consecutive to Other Counts

Count:

**\* Max. Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**